```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02417
   WENDY HOUSE
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-6532
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/12/07 and confirmed on 04/13/07.

   2.  The case was dismissed after confirmation, 10/26/2007.

   3.  The Debtor paid a total of $   2320.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 23606.71 | 555.90 | 694.10 |
| CAPITAL ONE BANK | UNSECURED | 1579.34 | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 210.00 | .00 | .00 |
| COMMERCIAL CHECK CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMERLINK ACQUISITION | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3008.16 | .00 | .00 |
| PEOPLES GAS | UNSECURED | 1637.92 | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| UNITED RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF HANOVER PARK | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4012.27 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 8309.93 | .00 | .00 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 23606.71 | .00 | 18757.62 | .00 | 42364.33 |
| PRINCIPAL PAID | 694.10 | .00 | .00 | .00 | 694.10 |
| INTEREST PAID | 555.90 | .00 | .00 | .00 | 555.90 |
| TOTAL PAID | 1250.00 | .00 | .00 | .00 | 1250.00 |

The Debtor's attorney, RICHARD S BASS                , was allowed $   2500.00
and was paid $    200.00  direct and $     997.04  through the plan.

The Trustee received $      72.96 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 10/14/07                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                                    PAGE   2
     CASE NO. 07 B 02417 WENDY HOUSE